**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lawrence Anthony Powell                    CHAPTER 13
           Debtor(s)

BKY. NO. 23-11552 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II and index same on the master mailing list.

Respectfully submitted,


/s/ Mark A. Cronin
Mark Cronin
07 Aug 2023, 12:23:20, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322