**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                        Case No. 23-11552-mdc
                                                                              Chapter 13

Lawrence Anthony Powell

Debtor(s).

## NOTICE OF APPEARANCE

**Greene Street Funding Trust II**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire
       Bar No: 75736
       Stern & Eisenberg, PC
       1581 Main Street, Suite 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: (215) 572-8111
       Fax: (215) 572-5025
       seisenberg@sterneisenberg.com
       Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 8th day of August, 2023, to the following:

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com
*Attorney for Debtor(s)*


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Lawrence Anthony Powell
5850 Osage Ave
Philadelphia, PA 19143-1214

*Debtor(s)*


                                                        By:      /s/ Steven K. Eisenberg
                                                                 Steven K. Eisenberg, Esquire