**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    LAWRENCE ANTHONY POWELL<br>        Debtor(s)<br>    GREENE STREET FUNDING TRUST II<br>        Movant<br>    v.<br>    LAWRENCE ANTHONY POWELL<br>        Debtor(s)<br>    DONE RIGHT CAPITAL LLC<br>        Co-Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 23-11552-mdc |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Greene Street Funding Trust II has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) and §1301 in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 561 E. Chelten Avenue, Philadelphia, PA 19144.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 5, 2023** you or your attorney must do all of the following:

    (a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | U.S. Bankruptcy Court, Clerks Office<br>The Gateway Building<br>201 Penn Street, Suite 103<br>Reading, PA 19601 |

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to movant's attorney:

         Daniel P. Jones
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Telephone: (215) 572-8111
         Facsimile: (215) 572-5025
         djones@sterneisenberg.com

and to the Trustee: Kenneth E. West
         Ch. 13 Trustee
         1234 Market Street - Suite 1813
         Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **September 12, 2023** at **10:30 a.m.**, in Courtroom 2, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                    STERN & EISENBERG, PC

                    *By: /s/ Daniel P. Jones*
                    Daniel P. Jones
                    1581 Main Street, Suite 200
                    The Shops at Valley Square
                    Warrington, PA 18976
                    Phone: (215) 572-8111
                    Fax: (215) 572-5025
                    Bar Number: 321876
Date: August 14, 2023         Email: djones@sterneisenberg.com