**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                   Case No. 23-11552-mdc
                                                           Chapter 13

Lawrence Anthony Powell

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 75736
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 18th day of August, 2023, to the following:

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com
*Attorney for Debtor(s)*


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Lawrence Anthony Powell
5850 Osage Ave
Philadelphia, PA 19143-1214

*Debtor(s)*

                                                                By:      /s/ Steven K. Eisenberg
                                                                         Steven K. Eisenberg, Esquire