**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lawrence Anthony Powell          CHAPTER 13
           Debtor(s)

BKY. NO. 23-11552 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I and index same on the master mailing list.

                                    Respectfully submitted,

                                 /s/ *Mark A. Cronin*
                                 Mark Cronin
                                 24 Aug 2023, 12:11:22, EDT

                   KML Law Group, P.C.
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106-1532
                   (215) 627-1322