IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| In Re: | : | |
| LAWRENCE ANTHONY POWELL, | : | Bankruptcy No. 23-11552-mdc |
|    Debtor | : | Chapter 13 |
| Freedom Mortgage Corporation | : | |
|    Movant | : | |
| | : | |
|      v. | : | |
| LAWRENCE ANTHONY POWELL | : | 11 U.S.C. §362 |
|    and | | |
| KENNETH E. WEST, ESQUIRE (TRUSTEE) | | |
| | | |
|      Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING FREEDOM MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM STAY (DE 38)**

The undersigned hereby certifies that, as of August 30, 2023, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before August 16, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  September 6, 2023               Respectfully submitted,

                                                    Brock & Scott, PLLC

                                                    */s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor

BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re: | : |
| LAWRENCE ANTHONY POWELL, | : Bankruptcy No. 23-11552-mdc |
|    Debtor | : Chapter 13 |
| Freedom Mortgage Corporation | : |
|    Movant | : |
| | : |
|    v. | : |
| LAWRENCE ANTHONY POWELL | : 11 U.S.C. §362 |
|    and | |
| KENNETH E. WEST, ESQUIRE (TRUSTEE) | |
| | |
|    Respondent(s) | : |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on September 7, 2023 to the following:

LAWRENCE ANTHONY POWELL
5850 OSAGE AVE
PHILADELPHIA, PA 19143-1214

MICHAEL A. CIBIK, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com


KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107


                                            */s/Andrew Spivack*
                                    Andrew Spivack, PA Bar No. 84439
                                    Matthew Fissel, PA Bar No. 314567
                                    Mario Hanyon, PA Bar No. 203993

Ryan Starks, PA Bar No. 330002  
Jay Jones, PA Bar No. 86657  
Attorney for Creditor  
BROCK & SCOTT, PLLC  
3825 Forrestgate Drive  
Winston Salem, NC 27103  
Telephone: (844) 856-6646  
Facsimile: (704) 369-0760  
E-Mail: PABKR@brockandscott.com