# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 23-11552-MDC

LAWRENCE ANTHONY POWELL

5850 OSAGE AVE

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LAWRENCE ANTHONY POWELL

    5850 OSAGE AVE

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

                                                   /S/ Kenneth E. West

Date: 9/11/2023                                    _____

                                                   Kenneth E. West, Esquire
                                                   Chapter 13 Standing Trustee