**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    LAWRENCE ANTHONY POWELL<br>        Debtor(s)<br>    GREENE STREET FUNDING TRUST II<br>        Movant<br>    v.<br>    LAWRENCE ANTHONY POWELL<br>        Debtor(s)<br>    DONE RIGHT CAPITAL LLC<br>        Co-Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 23-11552-mdc |

**ORDER**

    AND NOW, this __13th__ day of __September__, 2023, upon the motion of Greene Street Funding Trust II, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Greene Street Funding Trust II (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 561 E. Chelten Avenue, Philadelphia, PA 19144.

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

                                      BY THE COURT:

                                      _/s/ Magdeline D. Coleman_
                                      MAGDELINE D. COLEMAN
                                      Chief Bankruptcy Judge