United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                            Case No. 23-11552-mdc

Lawrence Anthony Powell                                                                                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                  User: admin                                                Page 1 of 3

Date Rcvd: Sep 13, 2023                                        Form ID: pdf900                                      Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lawrence Anthony Powell, 5850 Osage Ave, Philadelphia, PA 19143-1214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2023 23:47:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | Sep 13 2023 23:47:00 | Greene Street Funding Trust II, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Sep 13 2023 23:47:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | ^ MEBN | Sep 13 2023 23:45:10 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | ^ MEBN | Sep 13 2023 23:45:08 | U.S. Bank National Association as Trustee of Green, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | Sep 13 2023 23:47:00 | Wilmington Savings Fund Society, FSB, D/B/A Christ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | ^ MEBN | Sep 13 2023 23:45:07 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 23-11552-mdc    Doc 64    Filed 09/15/23    Entered 09/16/23 00:31:34    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 8 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society FSB, D/B/A Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Greene Street Funding Trust II djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association as Trustee of Greene Street Funding Trust II bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Wilmington Savings Fund Society FSB, D/B/A Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lawrence Anthony Powell mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| STEPHEN R. STARKS | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com |
| STEVEN K. EISENBERG | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| STEVEN K. EISENBERG | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank National Association as Trustee of Greene Street Funding Trust II seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| STEVEN K. EISENBERG | on behalf of Creditor Greene Street Funding Trust II seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Sep 13, 2023     Form ID: pdf900     Total Noticed: 8
TOTAL: 17

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    LAWRENCE ANTHONY POWELL<br>        Debtor(s)<br>    GREENE STREET FUNDING TRUST II<br>        Movant<br>    v.<br>    LAWRENCE ANTHONY POWELL<br>        Debtor(s)<br>    DONE RIGHT CAPITAL LLC<br>        Co-Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 23-11552-mdc |

## ORDER

AND NOW, this \_\_\_13th\_\_\_ day of \_\_\_September\_\_\_ , 2023, upon the motion of Greene Street Funding Trust II, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Greene Street Funding Trust II (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 561 E. CHELTEN AVENUE, PHILADELPHIA, PA 19144.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge