United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-11552-mdc

Lawrence Anthony Powell     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Oct 03, 2023     Form ID: pdf900     Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lawrence Anthony Powell, 5850 Osage Ave, Philadelphia, PA 19143-1214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 04 2023 01:27:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | Oct 04 2023 01:27:00 | Greene Street Funding Trust II, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Oct 04 2023 01:27:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | ^ MEBN | Oct 04 2023 01:06:10 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | ^ MEBN | Oct 04 2023 01:06:13 | U.S. Bank National Association as Trustee of Green, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | Oct 04 2023 01:27:00 | Wilmington Savings Fund Society, FSB, D/B/A Christ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | ^ MEBN | Oct 04 2023 01:06:12 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 8 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

**Name**         **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com

DANIEL P. JONES
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
on behalf of Creditor Wilmington Savings Fund Society FSB, D/B/A Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
on behalf of Creditor Greene Street Funding Trust II djones@sterneisenberg.com bkecf@sterneisenberg.com

DANIEL P. JONES
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
on behalf of Creditor U.S. Bank National Association as Trustee of Greene Street Funding Trust II bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor Wilmington Savings Fund Society FSB, D/B/A Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
on behalf of Debtor Lawrence Anthony Powell mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com

STEPHEN R. STARKS
on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com

STEVEN K. EISENBERG
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

STEVEN K. EISENBERG
on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

STEVEN K. EISENBERG
on behalf of Creditor U.S. Bank National Association as Trustee of Greene Street Funding Trust II seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

STEVEN K. EISENBERG
on behalf of Creditor Greene Street Funding Trust II seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 8 |

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lawrence Anthony Powell<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association as Trustee of Greene Street Funding Trust II<br>　　　　　　　　　　Movant<br>　　vs.| NO. 23-11552 MDC |
| Lawrence Anthony Powell<br>　　　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West<br>　　　　　　　　　　Trustee | |

**ORDER**

AND NOW, this 3rd day of October, 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4601 Greene Street, Philadelphia, PA 19144 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge