United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11552-mdc |
| Lawrence Anthony Powell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lawrence Anthony Powell, 5850 Osage Ave, Philadelphia, PA 19143-1214 |
| 14787553 | | Done Right Capital LLC, 122 West Chester Pike, Havertown, PA 19083-5331 |
| 14788593 | + | Freedom Mortgage Corporation, C/O Ryan Starks, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14803047 | | Greene Street Funding Trust II, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14796629 | | Greene Street Funding Trust II, 60 Livingston Ave Ep-Mn-WS3D, Saint Paul, MN 55107-2292 |
| 14787557 | | JJA Holdings LLC, 122 West Chester Pike, Havertown, PA 19083-5331 |
| 14796630 | # | Larocca Hornik Rosen & Greenberg LLP, 83 South St Ste 302, Freehold, NJ 07728-2492 |
| 14796631 | + | Loan Funder LLC Series 15992, 645 Madison Avenue Floor 19, Philadelphia, PA 10022-1010 |
| 14787558 | | MOOMOO2 LLC, 122 West Chester Pike, Havertown, PA 19083-5331 |
| 14787559 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14787561 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14787562 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14787569 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14805633 | + | U.S. Bank Trust National Association, as trustee, C/O Mark A. Cronin, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14818437 | + | U.S. Bank Trust National Association, et. al., c/o RESIDENT AGENTS INC., 8 THE GREEN, STE R, DOVER, DE 19901-3618 |
| 14796634 | | West Capital Group LLC, 610 Old York Road, Jenkintown, PA 19046 |
| 14787571 | | Wilmington Savings Fund Society, Attn: Bankruptcy, 309 W 49th St, New York, NY 10019-7316 |
| 14810340 | + | Wilmington Savings Fund Society, FSB, c/o Mark A. Cronin, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14803772 | | Wilmington Savings Fund Society, FSB et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 14 2023 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 14 2023 00:18:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 14 2023 00:18:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | ^ | MEBN | Oct 14 2023 00:08:30 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | ^ | MEBN | Oct 14 2023 00:08:29 | U.S. Bank National Association as Trustee of Green, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | | |

Case 23-11552-mdc  Doc 79  Filed 10/15/23  Entered 10/16/23 00:29:20  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| cr | | ^ MEBN | Oct 14 2023 00:18:00 | Wilmington Savings Fund Society, FSB, D/B/A Christ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| | | | Oct 14 2023 00:08:32 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14787551 | | Email/Text: megan.harper@phila.gov | Oct 14 2023 00:18:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14815349 | | Email/Text: megan.harper@phila.gov | Oct 14 2023 00:18:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14787550 | | Email/Text: bankruptcy@philapark.org | Oct 14 2023 00:18:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14787552 | + | Email/Text: bankruptcy@credencerm.com | Oct 14 2023 00:18:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 14786041 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 14 2023 00:20:45 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14804832 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 14 2023 00:18:00 | Freedom Mortgage, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14787554 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 14 2023 00:18:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14788594 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 14 2023 00:18:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14789124 | + | Email/Text: EBN@brockandscott.com | Oct 14 2023 00:17:00 | Freedom Mortgage Corporation, c/o Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14787555 | | ^ MEBN | Oct 14 2023 00:08:28 | Friedman Vartolo LLP, 1325 Franklin Ave Ste 160, Garden City, NY 11530-1631 |
| 14788373 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 14 2023 00:18:00 | Greene Street Funding Trust II, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14806428 | | ^ MEBN | Oct 14 2023 00:08:30 | Greene Street Funding Trust II, c/o Steven K. Eisenberg, Esq, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14787556 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2023 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14788371 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 14 2023 00:18:00 | U.S. Bank Trust National Association, as Trust of Greene Street Funding Trust, c/o Maria Tsagaris, 1544 Old Alabama Road, Roswell, Ga 30076 |
| 14787278 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 14 2023 00:18:00 | Wilmington Savings Fund Society, FSB, c/o McCalla Raymer Leibert Pierce, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14800033 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 14 2023 00:18:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14787560 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14787563 | + | Email/Text: bankruptcy@philapark.org | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 56 |

| Recip ID | Bypass/Notice | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 14 2023 00:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14787564 | ^ | MEBN | Oct 14 2023 00:08:19 | Recivable Management Services, LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14787565 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2023 00:18:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14788749 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2023 00:18:00 | Rocket Mortgage LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14787051 | ^ | MEBN | Oct 14 2023 00:08:31 | Rocket Mortgage, LLC, fka Quicken Loans, LLC, c/o Steven K. Eisenberg, Esq, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14787643 | | Email/Text: bankruptcy@bbandt.com | Oct 14 2023 00:18:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14787566 | | Email/Text: mtgbk@shellpointmtg.com | Oct 14 2023 00:17:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14787567 | | Email/Text: bankruptcy@bbandt.com | Oct 14 2023 00:18:00 | Truist, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 14787568 | + | Email/Text: dbogucki@trumark.org | Oct 14 2023 00:18:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14802985 | ^ | MEBN | Oct 14 2023 00:08:20 | U.S. Bank National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14787570 | ^ | MEBN | Oct 14 2023 00:08:23 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14796633 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 14 2023 00:18:00 | U.S. Bank N.A., 60 Livingston Ave EP-MN-WS3D, Saint Paul, MN 55107-2292 |
| 14808234 | ^ | MEBN | Oct 14 2023 00:08:31 | Wilmington Savings Fund Society, FSB, c/o Steven K. Eisenberg, Esq, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Greene Street Funding Trust II, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14797888 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14796632 | *+ | Recivable Management Services, LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 56

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee of Greene Street Funding Trust II djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB, D/B/A Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Greene Street Funding Trust II djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee of Greene Street Funding Trust II bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association as Trustee of Greene Street Funding Trust II bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Wilmington Savings Fund Society  FSB, D/B/A Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee of Greene Street Funding Trust II bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lawrence Anthony Powell mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com |
| STEPHEN R. STARKS | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com  wbecf@brockandscott.com |
| STEVEN K. EISENBERG | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| STEVEN K. EISENBERG | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Certificate Trustee for NRP Mortgage Trust I seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank National Association as Trustee of Greene Street Funding Trust II seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| STEVEN K. EISENBERG | on behalf of Creditor Greene Street Funding Trust II seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        Chapter 13

    LAWRENCE ANTHONY
    POWELL,

               Debtor(s)             :        Bky. No.  23-11552-mdc

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).reve

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: October 12, 2023

                                              **MAGDELINE D. COLEMAN**
                                              **CHIEF U.S. BANKRUPTCY JUDGE**